```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MARYLAND
United States Of America,          *
                                   *
     Plaintiff and                 *
     Judgment Creditor,            *
                                   *
v.                                 * Civil No. L-00-1747  S98-2736
                                   *
ANGELA T. STEWART,                 *
                                   *
     Defendant and                 *
     Judgment Debtor,              *
and                                *
                                   *
Mass Transit Administration        *
6 Saint Paul Street                *
Baltimore, Maryland 21201,         *
                                   *
     Garnishee.                    *
```

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $2,064.85, plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on March 9, 2001, stating that at the time of the service of the Writ of Continuing Garnishment, no claims for services had been filed by the Judgment Debtor with the Garnishee. The Garnishee stated in the Answer of the Garnishee, that their system has been noted to deduct 25% of any future claims for payment due to the Judgment Debtor as claims are filed, in response to this garnishment until ordered to cease by the court.



On or about <u>March 7, 2001</u>, the Defendant and Judgement Debtor was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any claim payments</u> to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

_4/18/01_
Date

_____
United States District Judge